```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058
```

Attorneys for Plaintiffs
ARTHUR W. ROLAND & MICHELE R. ROLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR W. ROLAND & MICHELE R. ROLAND,<br><br>      Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.   3:11-CV-06206-EMC<br><br>*The Honorable Edward M. Chen*<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THIS ACTION AGAINST DEFENDANTS WACHOVIA MORTGAGE CORPORATION AND WELLS FARGO BANK, N.A.**  ; ORDER |

    IT IS HEREBY STIPULATED between Plaintiffs ARTHUR W. ROLAND & MICHELE R. ROLAND (hereinafter "Plaintiffs") and Defendants WACHOVIA MORTGAGE CORPORATION AND WELLS FARGO BANK, N.A. (hereinafter "Defendants") through their attorneys that this Case No. 3:11-CV-06206-EMC be dismissed with prejudice.

1

IT IS FURTHER STIPULATED by and between Plaintiffs and Defendants that the parties to this action are to bear their own costs, expenses and fees, including attorney's, consultants, accountants', and expert witness fees that have been incurred or may be incurred in connection with the above entitled action or Plaintiffs' complaint, or the investigation, litigation and settlement of any action related thereto.

IT IS FURTHER STIPULATED that upon execution of this Stipulation that the parties request the Court to dismiss this action with prejudice.

IT IS SO STIPULATED:

DATED: April __, 2012        DELTA LAW GROUP

                             BY: _____
                                 JIM G. PRICE
                                 Attorneys for Plaintiffs
                                 ARTHUR W. ROLAND AND
                                 MICHELE R. ROLAND


DATED: April 18, 2012        ANGLIN, FLEWELLING, RASMUSSEN,
                             CAMPBELL & TRYTTEN LLP

                             BY: _____
                                 DANIEL A. ARMSTRONG
                                 Attorneys for Defendants
                                 WACHOVIA MORTGAGE CORPORATION
                                 AND WELLS FARGO BANK, N.A.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]

2