```
1  DELTA LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  JIM G. PRICE, ESQ., SBN 119324
   6569 BRENTWOOD BOULEVARD
3  P.O. BOX 1417
   BRENTWOOD, CA  94513
4  TELEPHONE:  925-516-4686
   FACSIMILE:  925-516-4058
5
   Attorneys for Plaintiffs
6  ARTHUR W. ROLAND & MICHELE R. ROLAND

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 ARTHUR W. ROLAND & MICHELE R.    ) Case No.  3:11-CV-06206-EMC
   ROLAND,                          )
12                                  ) The Honorable Edward M. Chen
           Plaintiffs,              )
13                                  ) **STIPULATION FOR DISMISSAL WITH**
      v.                            ) **PREJUDICE OF THIS ACTION**
14                                  ) **AGAINST DEFENDANTS WACHOVIA**
   WACHOVIA MORTGAGE CORPORATION,   ) **MORTGAGE CORPORATION AND WELLS**
15 WELLS FARGO BANK, N.A., and      ) **FARGO BANK, N.A.**  ; ORDER
   DOES 1 through 10,               )
16 inclusive,                       )
                                    )
17         Defendants.              )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20 _____)

21     IT IS HEREBY STIPULATED between Plaintiffs ARTHUR W. ROLAND

22 & MICHELE R. ROLAND (hereinafter "Plaintiffs") and Defendants

23 WACHOVIA MORTGAGE CORPORATION AND WELLS FARGO BANK, N.A.

24 (hereinafter "Defendants") through their attorneys that this

25 Case No. 3:11-CV-06206-EMC be dismissed with prejudice.
```

1  IT IS FURTHER STIPULATED by and between Plaintiffs and
2  Defendants that the parties to this action are to bear their own
3  costs, expenses and fees, including attorney's, consultants,
4  accountants', and expert witness fees that have been incurred or
5  may be incurred in connection with the above entitled action or
6  Plaintiffs' complaint, or the investigation, litigation and
7  settlement of any action related thereto.

8  IT IS FURTHER STIPULATED that upon execution of this
9  Stipulation that the parties request the Court to dismiss this
10 action with prejudice.

11  IT IS SO STIPULATED:

12 DATED: April __, 2012           DELTA LAW GROUP

14                                  BY: _____
15                                      JIM G. PRICE
                                        Attorneys for Plaintiffs
16                                      ARTHUR W. ROLAND AND
                                        MICHELE R. ROLAND

18 DATED: April 18, 2012           ANGLIN, FLEWELLING, RASMUSSEN,
19                                  CAMPBELL & TRYTTEN LLP

21                                  BY: _____
                                        DANIEL A. ARMSTRONG
22                                      Attorneys for Defendants
                                        WACHOVIA MORTGAGE CORPORATION
23                                      AND WELLS FARGO BANK, N.A.

24
25 IT IS SO ORDERED:

   _____
   Edward M. Chen
   U.S. District

   IT IS SO ORDERED
   Judge Edward M. Chen

2